**Order entered August 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00914-CR

### CODY JOHN HOLT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 062011**

## ORDER

We **GRANT** Official Court Reporter Cindy Bardwell's August 13, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due on or before **September 30, 2014**.

/s/      DAVID EVANS
          JUSTICE